IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK M. MORNING,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CV 21-23-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 16), the above-captioned case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

  Dated this 25th day of October, 2021.

          TYLER P. GILMAN, CLERK

          By: /s/ Nicole Stephens
          Nicole Stephens, Deputy Clerk